UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDA ALEMI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-08708-RS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME** |

Pursuant to the parties' stipulation, the deadline for Defendants to respond to Plaintiff's complaint is extended to February 5, 2026. Defendants must file any motion for summary judgment by April 6, 2026.

**IT IS SO ORDERED**.

Dated: December 30, 2025

_____
RICHARD SEEBORG
Chief United States District Judge